[No. 23763-6-II.   Division Two.   October 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD R. FOX, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 98-1-00137-1, Joel M. Penoyar, J., entered September 18, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 40446-6-I.   Division One.   October 11, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JAMES KING, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01035-3, Richard J. Thorpe, J., entered March 27, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by Appelwick, J.; Baker, J., dissenting.

[Nos. 42336-3-I; 43465-9-I.   Division One.   October 11, 1999.]

PARAMJEET MALHOTRA, ET AL., *Appellants*, v. PACIFIC THRIFT & LOAN CO. ET AL., *Respondents*.

AAMES CAPITAL CORPORATION, *Respondent*, v. PARAMJEET S. MALHOTRA, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King County, Nos. 97-2-14470-1, 98-2-19360-3, Jim Bates and R. Joseph Wesley, JJ., entered February 17 and September 14, 1998. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Cox, JJ.

[No. 42442-4-I.   Division One.   October 11, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCESCO MORRELLI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-07087-9, Charles W. Mertel, J., entered March 13, 1998. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Becker, JJ.